# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JOSEPH A. HALL, PROPOSED INTERVENOR,<br>Appellant,<br>vs.<br>ROBERT ALLEN, AN ARIZONA RESIDENT; STEVEN GIORDANO, A NEW JERSEY RESIDENT; AND GLOYD ROBINSON, A NEW JERSEY RESIDENT,<br>Respondents. | No. 84853 |

FILED

JUL 05 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to appellant's notice of withdrawal this appeal is dismissed. *See* NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Susan Johnson, District Judge
Law Office of Bradley L. Booke
Hone Law
Marquis Aurbach Coffing
Eighth District Court Clerk

22-20938